IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FIRST CHATHAM BANK,  )
                     )
    Plaintiff,       )
                     )
v.                   )    CASE NO. CV415-026
                     )
GREGORY G. EVANS and ASLAN )
VENTURES, LLC,       )
                     )
    Defendants.      )
                     )

## O R D E R

Before this Court is Plaintiff's Motion for Reconsideration. (Doc. 12.) In the motion, Plaintiff asks this Court to reconsider its previous order (Doc. 10) directing Plaintiff to file an amended complaint listing all members, along with their citizenships, of Defendant Aslan Ventures, LLC. (Doc. 12 at 2-3.) Plaintiff contends that paragraph three of the complaint lists Defendant Evans, a Kentucky citizen, as the only member of Defendant Aslan Ventures. (Id. at 2.)

The Court's review of the complaint confirms that Plaintiff is correct. Paragraph three of Plaintiff's complaint states that "Aslan Ventures, LLC has only one member, Gregory G. Evans. As noted above, Mr. Evans is a

resident and citizen of the State of Kentucky." (Doc. 1 ¶ 3.) Therefore, Plaintiff has properly invoked this Court's diversity jurisdiction by establishing complete diversity between the parties. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021-22 (11th Cir. 2004). Accordingly, Plaintiff's motion is **GRANTED** and it need not file an amended complaint.[1]

SO ORDERED this 7th day of October 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As noted by Plaintiff in its motion (Doc. 12 at 2-3), Plaintiff must still correctly obtain the entry of default by the Clerk of Court prior to seeking a default judgment.

2