FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 30 AM 11:59
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FIRST CHATHAM BANK, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV415-026 |
| GREGORY G. EVANS and ASLAN VENTURES, LLC, | ) |
| Defendants. | ) |

## O R D E R

Before the Court is Plaintiff's Motion for Default Judgment Against Defendants Gregory G. Evans and Aslan Ventures, LLC. (Doc. 18.) Plaintiff filed a complaint against Defendants on February 3, 2015. (Doc. 1.) Defendants were served with summons and copies of the complaint on February 13, 2015. (Doc. 7 at 2; Doc. 8 at 2.) After both Defendants failed to answer the complaint, default was entered against Defendants on November 10, 2015. (Doc. 15.) Plaintiff filed its Motion for Default Judgment on January 13, 2016, requesting the entry of a default judgment against Defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure. Defendants, who are not subject to the Servicemembers Civil Relief Act, 50

U.S.C. App. §§ 501-596, have failed to respond to both Plaintiff's Motion for Entry of Default and Motion for Default Judgment.

After careful consideration, Plaintiff's Motion is **GRANTED** and judgment is hereby rendered in favor of Plaintiff First Chatham Bank, and against Defendants Gregory G. Evans and Aslan Ventures, LLC in the total amount of $11,470,311.14. This amount represents $10,130,759.32 in principal; $296,728.08 in interest; and $1,042,823.74 in attorney's fees pursuant to O.C.G.A. § 13-1-11. The Clerk of Court is **DIRECTED** to enter judgment consistent with this order and close this case.

SO ORDERED this *30th* day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA