# United States District Court
## Southern District of Georgia

First Chatam Bank,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-26,

Gregory G. Evans and Aslan Ventures, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/30/16, granting the Plaintiff's motion for default judgment, judgment is hereby entered is favor of Plaintiff First Chatham Bank, and against Defendants Gregory G. Evans and Aslan Ventures, LLC in the total amount of $11,470,311.14.

3/30/16
Date

Scott L. Poff
Clerk

(By) Deputy Clerk